COURT OF APPEALS.
SEVENTH DISTRICT OF TEXAS.
POTTER COUNTY COURTS BUILDING
501 S. FILLMORE, SUITE 2-A.
AMARILLO, TEXAS 79101-2449.

August. 24. 2015.



FILED
AUG 27 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

RE: CASE NUMBER: 07-15-00090-CV
TRIAL COURT CASE NUMBER: 645.
EVANGELOS PAGONIS V. CATHERINE THOMAS.

To the Honorable Clerk

ON AUGUST 10, 2015 THIS COURT PAST JUDGMENT AND ORDERED THE COUNTY COURT TO REHEAR THE ENTITLED. ACTION, DUE TO COUNTY COURT did NOT THE JURISDICTION TO DISMISS THE ACTION. WILL THE COUNTY COURT docket THE CAUSE, or WILL THIS COURT MANDATE SUCH. IT IS NOW FOURTEEN DAYS SINCE THE JUDGMENT. I'm NOT AN ATTORNEY AN WOULD HOPE FOR CLARIFICATION.

Sincerely,
Evangelos Pagonis Pro Se.

Evan Pospais
1626253
LYNAUGH UNIT
1098 S. HWY. 2037
FT. STOCKTON, TX 79735

Legal.

MIDLAND TX 797 ZL
24 MAR 2023 PM

Court of Appeals.
Seventh District of Texas.
P.O Box 9540
Amarillo, TX 79105-9540

79105339540